UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

David B. Nusbaum,

           Plaintiffs,

–v–

Commissioner of the Social Security Administration,

           Defendants.

20-cv-4488 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On June 25, 2020, the Court ordered the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the Magistrate Judge. Dkt. No. 8. The Court further ordered the parties, within two weeks of the date on which Defendant notices an appearance, to either file a consent form or submit a joint letter indicating that they do not consent (but without identifying the party or parties who do not consent). *Id.*

    Defendant noticed an appearance on July 24, 2020, Dkt. No. 12, but the Court is still not in receipt of the parties' response to its Order. The parties are ordered to comply with the Court's June 25, 2020 Order no later than August 21, 2020.

    SO ORDERED.

Dated: August 17, 2020
       New York, New York

                                                ALISON J. NATHAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/17/2020