

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd floor*
*New York, NY 10007*

October 29, 2020

**BY ECF**

Hon. Debra Freeman
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

   Re: *Nusbaum v. Comm'r of Soc. Sec.*, No. 20 Civ. 4488 (DCF)

Dear Judge Freeman:

   This Office represents the Commissioner of Social Security (the "Commissioner"), the defendant in the above-referenced action brought pursuant to 42 U.S.C. § 405(g), in which the plaintiff appeals the Commissioner's decision to deny her application for Social Security disability benefits.

   I respectfully write to request, with the plaintiff's consent, a 60-day extension of time, *nunc pro tunc*, for the Commissioner to file the certified administrative record in this case, from October 12, 2020, to December 11, 2020. I apologize for the lateness of this request, but the extension would allow time for the agency to prepare the certified administrative record and enable review of the action on the merits. The extension is necessary due to delays in preparing the certified administrative record due to temporary workplace changes implemented by the Social Security Administration in response to the COVID-19 pandemic. These changes have significantly impacted the operations of the Social Security Administration's Office of Appellate Operations ("OAO") and materially affected its ability to prepare certified administrative records, including obtaining transcriptions of hearing recordings from private contractors.

   The plaintiff consents to this request for an extension, and this is the first request for an extension of time in in this case.

> The requested extension is granted.
> SO ORDERED
>
> *[signature]*
> DEBRA FREEMAN
> United States Magistrate Judge
>
>  Dated: 10/30/2020
>  (*nunc pro tunc* to 10/12/2020)

I thank the Court for its consideration of this request.

Respectfully,

AUDREY STRAUSS
Acting United States Attorney

BY:  /s/ Amanda F. Parsels
AMANDA F. PARSELS
Assistant United States Attorney
Tel.: (212) 637-2780
Cell: (646) 596-1952
Email: amanda.parsels@usdoj.gov

cc: Josephine Gottesman, Esq. (by ECF)
*Attorney for Plaintiff*