**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
DAVID BENJAMIN NUSBAUM,

                Plaintiff,                        20 **CIVIL** 4488 (VF)

      -v-                                  **JUDGMENT**

KILOLO KIJAKAZI, Acting
Commissioner of Social Security,

                Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Opinion & Order dated February 2, 2023, the Commissioner's cross-motion for judgment on the pleadings is GRANTED and Plaintiff's motion for judgment on the pleadings is DENIED.

**Dated:**  New York, New York
           February 2, 2023

                                                                 **RUBY J. KRAJICK**

                                                                  **Clerk of Court**

                             **BY:**    *K. Mango*

                                                                  **Deputy Clerk**