UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

DAVID BENJAMIN NUSBAUM,

                           Plaintiff,              20-CV-4488 (VF)

-against-                **ORDER**

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                           Defendant.

-------------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge**

      On June 27, 2024, the Second Circuit granted the parties' joint motion for vacatur of the district court's judgment, instructing the court to vacate the Commissioner's final decision and to remand the matter to the agency for further proceeding concerning Mr. Nusbaum's entitlement to benefits. ECF No. 30. See 28 U.S.C. § 2106; Lawrence v. Chater, 516 U.S. 163, 166-68 (1996) (per curiam). Accordingly, the commissioner's final decision dated December 20, 2018 (see ECF No. 26 at 2), is vacated and the matter is remanded to the agency for further proceedings.

      SO ORDERED

DATED:      March 19, 2025
                  New York, New York

                                              Respectfully,

                                              VALERIE FIGUEREDO
                                              United States Magistrate Judge