UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
DAVID BENJAMIN NUSBAUM,

                    Plaintiff,           20 **CIVIL** 4488 (VF)

-v-                  <u>**JUDGMENT**</u>

COMMISSIONER OF THE SOCIAL SECURITY
ADMINISTRATION,

                    Defendant.
-----------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2025, the commissioner's final decision dated December 20, 2018, is vacated and the matter is remanded to the agency for further proceedings.

**Dated:** New York, New York

      March 19, 2025

                                             **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                      **BY:**
                                              **Deputy Clerk**